## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHEL PAYNE, | ) | |
| | ) | 8:06CV686 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PETER KEIWIT SONS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on plaintiff's motion (Filing No. 17) for an extension of time in which to report to the court on the meeting of the parties to propose a discovery plan pursuant to Fed. R. Civ. P. 26(f) and to provide the required disclosures pursuant to Fed. R. Civ. P. 26(a)(1). The plaintiff requests an additional thirty to sixty days to "follow guidelines and requirements, as well as retain counsel." Upon consideration, the motion will be granted to the extent set forth below. The plaintiff will also be given additional time to respond to the defendants' motions to dismiss (Filing Nos. 13 and 14).

**IT IS ORDERED:**

1.     The parties are granted additional time in which to meet and confer pursuant to Fed. R. Civ. P. 26(f) and shall report to the court **on or before February 26, 2007,** regarding their discovery plan.

2.     The plaintiff has to **on or before February 1, 2007**, to file a response to the defendants' motions to dismiss (Filing No. 13 and 14).

DATED this 14th day of December, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge